ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN (State Bar No. 111554)
*rgoodman@rjo.com*
ANN M. BLESSING (State Bar No. 172573)
*ablessing@rjo.com*
D. KEVIN SHIPP (State Bar No. 245947)
*kshipp@rjo.com*
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY VILLAGE PARTNERS, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> CHEVRON U.S.A. INC., M.B. ENTERPRISES, and CENTRAL CONTRA COSTA SANITARY DISTRICT, <br><br> Defendants. | Case No. 3:11-cv-01597-JCS <br><br> **STIPULATION TO EXTEND TIME WITHIN WHICH CHEVRON U.S.A. INC. IS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** <br><br><br> Courtroom: A, 15th Floor <br> Judge: Joseph C. Spero |

IT IS HEREBY STIPULATED by and between counsel for Plaintiff Gregory Village Partners, L.P. ("Plaintiff") and Defendant Chevron U.S.A Inc. ("Chevron") as follows:

WHEREAS Chevron's response to Plaintiff's complaint is currently due on April 26, 2011.

WHEREAS Plaintiff and Chevron have agreed that Chevron may have an

Page 1

STIPULATION TO EXTEND TIME WITHIN WHICH CHEVRON U.S.A INC. IS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
CASE NO: 3:11-cv-01597-JCS

301642.1

1  additional thirty (30) days to respond to the complaint.

2  NOW THEREFORE, Pursuant to Local Rule 6-1(a), Plaintiff and Chevron, by
3  and through their undersigned counsel, hereby stipulate and agree that, the time within which
4  Chevron is to answer or otherwise respond to Plaintiff's complaint is extended to and
5  including May 26, 2011.

Dated: April 18, 2011  ROGERS JOSEPH O'DONNELL

By:  /s/ Robert C. Goodman
ROBERT C. GOODMAN

Attorney for Defendant
CHEVRON U.S.A INC.

Dated: April 18, 2011  STANZLER LAW GROUP

By:  /s/ Jordan S. Stanzler
JORDAN S. STANZLER

Attorney for Plaintiff
GREGORY VILLAGE PARTNERS, L.P.

Dated: April 20, 2011

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 2

STIPULATION TO EXTEND TIME WITHIN WHICH CHEVRON U.S.A INC. IS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
CASE NO: 3:11-cv-01597-JCS

301642.1