1  ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN (State Bar No. 111554)
2  ANN M. BLESSING (State Bar No. 172573)
D. KEVIN SHIPP (State Bar No. 245947)
3  311 California Street
San Francisco, California 94104
4  Tel   415.956.2828
Fax   415.956.6457
5  *rgoodman@rjo.com, ablessing@rjo.com, kshipp@rjo.com*

6  Attorneys for Defendant CHEVRON U.S.A. INC.

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

| | |
|---|---|
| 11  GREGORY VILLAGE PARTNERS, L.P., | Case No. C 11-01597-PJH |
| 12                   Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF ROBERT C. GOODMAN IN SUPPORT THEREOF** |
| 13        vs. | |
| 14  CHEVRON U.S.A. INC., M.B. ENTERPRISES, and CENTRAL CONTRA | |
| 15  COSTA SANITARY DISTRICT, | |
| 16                   Defendants. | Complaint Filed:  April 1, 2011 |
| 17 | Honorable Phyllis J. Hamilton |
| 18 | |

19            <u>DECLARATION OF ROBERT C. GOODMAN</u>

20          1.     I am a shareholder with the law firm of Rogers Joseph O'Donnell,

21  attorneys for Defendant Chevron U.S.A. Inc..  I know the following facts on my own personal

22  knowledge and if called upon could and would competently testify thereto.

23          2.     Pursuant to this Court's Order dated May 3, 2011, a case management

24  conference has been scheduled for July 21, 2011 in this matter.

25          3.     Defendants Chevron U.S.A. Inc., M. B. Enterprises, and Central Contra

26  Costa Sanitary District have each filed motions to dismiss the complaint in this matter.

27          4.     The motions to dismiss are scheduled for hearing on July 27, 2011.

28

5. Plaintiff and Defendants agree that it would save resources if the case management conference were continued to a date after the Court has ruled on the motions to dismiss.

6. As no trial date has yet been set in this matter, a modest continuance of the case management conference and all related deadlines will not have a significant effect on the schedule for this case.

7. The only previous time modifications in this matter have involved stipulations between the plaintiff and each defendant allowing each defendant additional time for response to the complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of June 2011 in San Francisco, California.

*/s/ Robert C. Goodman*
Robert C. Goodman

IT IS HEREBY STIPULATED pursuant to Local Rule 6-1(b) and Rule 6-2(a), by the parties to this action, by and through their undersigned counsel, as follows:

A. The case management conference currently set for July 21, 2011 shall be continued to September 22, 2011, or such other date as ordered by the Court.

B. Any and all deadlines related to the case management conference shall be similarly continued.

Dated:  June 28, 2011 **STANZLER LAW GROUP**

By: *   /s/ Jordan S. Stanzler*
JORDAN S. STANZLER
Attorney for Plaintiff GREGORY VILLAGE
PARTNERS, L.P.

Dated:  June 28, 2011 **ROGERS JOSEPH O'DONNELL**

By: *   /s/ Robert C. Goodman*
Robert C. Goodman
Attorney for Defendant
CHEVRON U.S.A. INC.

Page 2

1

2    Dated:  June 28, 2011                    **SHAPIRO BUCHMAN PROVINE**
3                                             **BROTHERS SMITH LLP**

4                                             By:___*/s/ Jack C. Provine*_____
5                                                    JACK C. PROVINE
                                              Attorney for Defendant
6                                             MB ENTERPRISES, INC.

7    Dated:  June 28, 2011                    **MEYERS, NAVE, RIBACK, SILVER &**
                                              **WILSON**
8

9                                             By:___*/s/ Kenton L. Alm*_____
                                                     KENTON L. ALM
10                                            Attorney for Defendant
                                              CENTRAL CONTRA COSTA SANITARY
11                                            DISTRICT

12

13   I attest that concurrence in the filing of this document has been obtained from Jordan S.

14   Stanzler for Plaintiff, Jack C. Provine for Defendant MB Enterprises, Inc., and Kenton L.

15   Alm for Defendant Central Contra Costa Sanitary District.

16

17                                            By:___*/s/ Robert C. Goodman*_____
                                                     ROBERT C. GOODMAN
18                                            Attorney for Defendant
                                              CHEVRON U.S.A. INC.
19

20                                        **ORDER**

21       The case management conference is hereby continued to ___September 22___, 2011

22   at 2:00 p.m.  Any and all case management deadlines shall be calculated based on this new

23   date.

24       **IT IS SO ORDERED.**

25

26   DATED: __7/1/11_____        By _____
27                                        JUDGE PHYLLIS J. HAMILTON
                                         UNITED STATES DISTRICT JUDGE
28

Page 3