ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN (State Bar No. 111554)
ANN M. BLESSING (State Bar No. 172573)
D. KEVIN SHIPP (State Bar No. 245947)
311 California Street
San Francisco, California 94104
Tel    415.956.2828
Fax    415.956.6457
*rgoodman@rjo.com, ablessing@rjo.com, kshipp@rjo.com*

Attorneys for Defendant CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY VILLAGE PARTNERS, L.P., | Case No. C 11-01597-PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF ROBERT C. GOODMAN IN SUPPORT THEREOF** |
| vs. | |
| CHEVRON U.S.A. INC., M.B. ENTERPRISES, and CENTRAL CONTRA COSTA SANITARY DISTRICT, | |
| Defendants. | First Amended Complaint Filed: August 24, 2011 |
| | Honorable Phyllis J. Hamilton |

### DECLARATION OF ROBERT C. GOODMAN

1.  I am a shareholder with the law firm of Rogers Joseph O'Donnell, attorneys for Defendant Chevron U.S.A. Inc. I have personal knowledge of the facts set forth herein, and if called upon could and would competently testify thereto.

2.  Pursuant to this Court's Order dated May 3, 2011, a case management conference ("CMC") was scheduled for July 21, 2011 in this matter.

3.  Pursuant to this Court's Order dated July 1, 2011 (Document 24), the CMC scheduled for July 21, 2011 was continued to September 22, 2011.

4. Pursuant to this Court's Order on August 2, 2011 (Document 40), the Court granted in part Defendants Chevron U.S.A. Inc., M. B. Enterprises, and Central Contra Costa Sanitary District motions to dismiss Plaintiff's original Complaint and ordered Plaintiff to file an amended complaint no later than August 24, 2011.

5. In addition, the Court ordered the parties to submit a stipulation to continue the CMC if the pleadings will not be settled by the September 22, 2011 date presently set for the initial CMC.

6. Pursuant to this Court's Order on August 2, 2011 (Document 40) Plaintiff filed its First Amended Complaint on August 24, 2011 and Defendants' responses to the FAC must be filed no later than September 21, 2011.

7. Defendants anticipate filing motions to dismiss the FAC, and thus the pleadings will not be settled by September 22, 2011.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of September 2011 in San Francisco, California.

/s/ Robert C. Goodman
Robert C. Goodman

IT IS HEREBY STIPULATED pursuant to Local Rule 6-1(b) and Rule 6-2(a), by the parties to this action, by and through their undersigned counsel, as follows:

A. The case management conference currently set for September 22, 2011 shall be continued to December 1, 2011, or such other date as ordered by the Court.

B. Any and all deadlines related to the case management conference shall be similarly continued.

Dated:  September 2, 2011        **STANZLER LAW GROUP**

By:  /s/ Jordan S. Stanzler
JORDAN S. STANZLER
Attorney for Plaintiff
GREGORY VILLAGE PARTNERS, L.P.

| | | |
|---|---|---|
|1| Dated: September 2, 2011 | **ROGERS JOSEPH O'DONNELL** |

By:   /s/ *Robert C. Goodman*
Robert C. Goodman
Attorney for Defendant
CHEVRON U.S.A. INC.

Dated: September 2, 2011    **SHAPIRO BUCHMAN PROVINE BROTHERS SMITH LLP**

By:   /s/ *Jack C. Provine*
JACK C. PROVINE
Attorney for Defendant
MB ENTERPRISES, INC.

Dated: September 2, 2011    **MEYERS, NAVE, RIBACK, SILVER & WILSON**

By:   /s/ *Kenton L. Alm*
KENTON L. ALM
Attorney for Defendant
CENTRAL CONTRA COSTA SANITARY DISTRICT

I attest that concurrence in the filing of this document has been obtained from Jordan S. Stanzler for Plaintiff, Jack C. Provine for Defendant MB Enterprises, Inc., and Kenton L. Alm for Defendant Central Contra Costa Sanitary District.

By:   /s/ *Robert C. Goodman*
ROBERT C. GOODMAN
Attorney for Defendant
CHEVRON U.S.A. INC.

## ORDER

The case management conference is hereby continued to December 1, 2011, at 2:00 p.m.  Any and all case management deadlines shall be calculated based on this new date.

Page 3

Stipulation and [Proposed] Order to Continue Case Management Conference
Case No.: C 11-01597-PJH

304126.1

1 **IT IS SO ORDERED.**

3 DATED: 9/6/11   By _____ 
   JUDGE PHYLLIS J. HAMILTON
   UNITED STATES DISTRICT JUDGE