UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY VILLAGE PARTNERS, L.P.

    Plaintiff,

    v.

CHEVRON U.S.A., INC., et al.,

    Defendants.

_____/

No. C 11-1597 PJH

**ORDER**

The court is in receipt of the parties' stipulation regarding the date for the hearing on the pending motions to dismiss the first amended complaint. The court previously continued the hearing date to November 30, 2011, but counsel have advised that they are not available on that date, and have requested that the court set the hearing for December 14, 2011, "or such other date as ordered by the [c]ourt."

The court's law and motion calendar for December 14, 2011, is full. The court is available on December 21, 2011; but after that, has no dates available until February 1, 2012.

Counsel shall meet and confer, and, no later than November 21, 2011, shall submit a stipulation indicating whether they wish the motions to be heard on December 21, 2011, or on some Wednesday in February 2012.

**IT IS SO ORDERED.**

Dated: November 16, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge