ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN (State Bar No. 111554)
ANN M. BLESSING (State Bar No. 172573)
D. KEVIN SHIPP (State Bar No. 245947)
311 California Street
San Francisco, California 94104
Tel    415.956.2828
Fax    415.956.6457
*rgoodman@rjo.com, ablessing@rjo.com, kshipp@rjo.com*

Attorneys for Defendant CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY VILLAGE PARTNERS, L.P., | Case No. C 11-01597-PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO SET HEARING DATE FOR MOTIONS TO DISMISS FIRST AMENDED COMPLAINT** |
| vs. | |
| CHEVRON U.S.A. INC., M.B. ENTERPRISES, and CENTRAL CONTRA COSTA SANITARY DISTRICT, | Date:        December 21, 2011
Time:       9:00 a.m.
Courtroom: 3
Judge:       Honorable Phyllis J. Hamilton
Trial Date:  None Set |
| Defendants. | |

## DECLARATION OF ROBERT C. GOODMAN

1.  I am a shareholder with the law firm of Rogers Joseph O'Donnell, attorneys for Defendant Chevron U.S.A. Inc. ("Chevron"). I have personal knowledge of the facts set forth herein, and if called upon could and would competently testify thereto.

2.  On September 21, 2011 Defendants Chevron, M.B. Enterprises, and the Central Contra Costa Sanitary District filed motions to dismiss Plaintiff's First Amended Complaint, setting the hearing date for November 9, 2011. (Document Nos. 46, 47, and 49).

3.  On November 3, 2011 the Court notified the parties that the hearing on the motions to dismiss would be heard on November 30, 2011.

4. On November 15, 2011 Chevron filed a stipulation and proposed order requesting that the hearing date by moved to December 14, 2011.  (Document 58.)

5. On November 16, 2011 the Court notified the parties that December 14, 2011 was not available.  In addition, the Court ordered the parties to meet and confer and to file a stipulation selecting either December 21, 2011 or a date in February, 2012 for the hearing on the motions to dismiss.  (Document 59.)

6. The parties subsequently agreed to select December 21, 2011 for the hearing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of November 2011 in San Francisco, California.

           */s/ Robert C. Goodman*
           ROBERT C. GOODMAN

IT IS HEREBY STIPULATED pursuant to Local Rule 6-1(b) and Rule 6-2(a), by the parties to this action, by and through their undersigned counsel, as follows:

The hearing date on Defendants' motions to dismiss currently set for November 30, 2011 shall be set for December 21, 2011.

Dated:  November 17, 2011    **STANZLER LAW GROUP**

           By:  */s/ Jordan S. Stanzler*
                JORDAN S. STANZLER
           Attorney for Plaintiff
           GREGORY VILLAGE PARTNERS, L.P.

Dated:  November 17, 2011    **ROGERS JOSEPH O'DONNELL**

           By:  */s/ Robert C. Goodman*
                ROBERT C. GOODMAN
           Attorney for Defendant
           CHEVRON U.S.A. INC.

| | | |
|---|---|---|
| 1 | Dated: November 17, 2011 | **SHAPIRO BUCHMAN PROVINE BROTHERS SMITH LLP** |

By:  */s/ Jack C. Provine*
      JACK C. PROVINE
Attorney for Defendant
MB ENTERPRISES, INC.

Dated: November 17, 2011        **MEYERS, NAVE, RIBACK, SILVER & WILSON**

By:  */s/ Kenton L. Alm*
      KENTON L. ALM
Attorney for Defendant
CENTRAL CONTRA COSTA SANITARY DISTRICT

I attest that concurrence in the filing of this document has been obtained from Jordan S. Stanzler for Plaintiff, Jack C. Provine for Defendant MB Enterprises, Inc., and Kenton L. Alm for Defendant Central Contra Costa Sanitary District.

By:  */s/ Robert C. Goodman*
      ROBERT C. GOODMAN
Attorney for Defendant
CHEVRON U.S.A. INC.

### ORDER

The hearing date on Defendants' motions to dismiss Plaintiff's First Amended Complaint is hereby set for December 21, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: 11/22/11        By _____
                           JUDGE PHYLLIS J. HAMILTON
                           UNITED STATES DISTRICT JUDGE

Page 3