Jordan S. Stanzler (State Bar No. 054620)
Jeffrey M. Curtiss (SBN 239199)
STANZLER LAW GROUP
2275 East Bayshore Road
Palo Alto, CA 94303
Telephone: (650) 739-0200
Facsimile: (650) 739-0916

Ruben A. Castellon (SBN 154610)
CASTELLON & FUNDERBURK LLP
3200 Danville Boulevard, Suite 100
Alamo, California 94507
Telephone: (925) 837-1199
Facsimile: (925) 837-1144

Attorneys for Plaintiff Gregory Village Partners, L.P.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY VILLAGE PARTNERS, L.P., | ) ) ) | Case No. C 11-01597-PJH |
| Plaintiff, | ) ) ) | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING DATE FOR MOTIONS TO DISMISS FIRST AMENDED COMPLAINT** |
| vs. | ) ) ) | |
| CHEVRON U.S.A., INC., M.B. ENTERPRISES, and CENTRAL CONTRA COSTA SANITARY DISTRICT, | ) ) ) ) ) | **Date:** **February 15, 2012** Time: 9:00 a.m. Courtroom: 3 Judge: Honorable Phyllis J. Hamilton |
| Defendants. | ) ) ) ) | Trial Date: None Set |

## DECLARATION OF JORDAN S. STANZLER

1.     I am the principal of Stanzler Law Group, attorneys for Plaintiff Gregory Village Partners, L.P. I have personal knowledge of the facts set forth herein, and if called upon could and would competently testify thereto.

2.     On November 22, 2011 the Court set a hearing date of December 21, 2011 for Defendants' motions to dismiss Plaintiff's First Amended Complaint subsequent to the parties agreement. (Document 61).

3.     On December 13, 2011 I advised counsel for defendants that I needed to attend a

1    funeral of a close relative out of state next week and would not be available on December 21, 2011

2    for oral argument.

3         4.    The parties have agreed to continue the hearing date to February 15, 2012.

4         I declare under penalty of perjury under the laws of the United States that the foregoing is

5    true.  Executed this 13th day of December, 2011 in Palo Alto, California.

6

7                              /s/ Jordan S. Stanzler
                              Jordan S. Stanzler
8

9         IT IS HEREBY STIPULATED pursuant to Local Rule 6-1(b) and Rule 6-2(a), by the parties

10   to this action, by and through their undersigned counsel, as follows:

11        The hearing date on Defendants' motions to dismiss the First Amended Complaint currently

12   set for December 21, 2011 shall be continued to February 15, 2012.

13

14   Dated: December 13, 2011              **ROGERS JOSEPH O'DONNELL**

15

16                                         By: /s/ Robert C. Goodman
                                           ROBERT V. GOODMAN
17                                         Attorney for Defendant
                                           CHEVRON U.S.A. INC.
18

19   Dated: December 13, 2011              **MEYERS, NAVE, RIBACK, SILVER & WILSON**

20

21                                         By: /s/ Kenton L. Alm
                                           KENTON L. ALM
22                                         Attorney for Defendant
                                           CENTRAL CONTRA COSTA
23                                         SANITARY DISTRICT

24   Dated: December 13, 2011              **SHAPIRO BUCHMAN PROVINE BROTHERS**
                                           **SMITH LLP**
25

26                                         By: /s/ Jack C. Provine
                                           JACK C. PROVINE
27                                         Attorney for Defendant
                                           MB ENTERPRISES, INC.
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS

Dated: December 13, 2011

**STANZLER LAW GROUP**

By: /s/ Jordan S. Stanzler
JORDAN S. STANZLER
Attorney for Plaintiff
GREGORY VILLAGE PARTNERS, L.P.

I attest that concurrence in the filing of this document has been obtained from Robert C. Goodman for Defendant Chevron U.S.A. Inc., Jack C. Provine for Defendant MB Enterprises, Inc., and Kenton L. Alm for Defendant Central Contra Costa Sanitary District.

By: /s/ Jordan S. Stanzler
JORDAN S. STANZLER
Attorney for Plaintiff
GREGORY VILLAGE PARTNERS, L.P.

## **ORDER**

The hearing date on Defendants' motions to dismiss Plaintiff's First Amended Complaint is hereby continued to February 15, 2012, at 9:00 a.m.

~~The case management conference now scheduled for February 14, 2012 is continued to~~ ~~_____.~~

**IT IS SO ORDERED**

Dated: ___12/15/11_____        By:_____
                                                         JUDGE PHYLLIS J. HAMILTON
                                                         UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Phyllis J. Hamilton