Kenton L. Alm (SBN: 59017)
kalm@meyersnave.com
Leah S. Goldberg (SBN: 157278)
lgoldberg@meyersnave.com
Sabrina Wolfson (SBN: 248444)
swolfson@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
Central Contra Costa Sanitary District

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY VILLAGE PARTNERS, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> CHEVRON U.S.A. INC., M.B. ENTERPRISES, and CENTRAL CONTRA COSTA SANITARY DISTRICT, <br><br> Defendants. | Case No. C 11-1597 PJH <br><br> STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND TIME WITHIN WHICH CHEVRON U.S.A. INC., M.B. ENTERPRISES, INC., AND CENTRAL CONTRA COSTA SANITARY DISTRICT ARE TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT; DECLARATION OF KENTON L. ALM IN SUPPORT THEREOF <br><br> Courtroom: 3 <br> Judge: Phyllis J. Hamilton |

## DECLARATION OF KENTON L. ALM

1. I am an attorney at law duly licensed to practice before this Court. I am a Principal at Meyers, Nave, Riback, Silver & Wilson, attorneys of record for Defendant Central Contra Costa Sanitary District ("District"). If called to testify, I could competently testify as to the

Page 1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME WITHIN WHICH DEFEDANTS ARE TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT; DECL OF K. ALM ISO
CASE NO: C 11-1597 PJH

317841.1

facts within this Declaration, based on my personal knowledge.

2. Defendants Chevron U.S.A. Inc., M.B. Enterprises, Inc., and the Central Contra Costa Sanitary District (collectively "Defendants") responses to Plaintiff's Second Amended Complaint were due on April 25, 2012;

3. On April 16, 2012, the parties filed a stipulation (Document 67) extending the deadline for Defendants to answer or otherwise respond to Plaintiff's Second Amended Complaint to May 25, 2012;

4. The parties are engaged in litigation in the following case, which raises many of the same issues raised herein: *Ryan Schaeffer et al v. Gregory Village Partners, L.P.*, et al, Case No. MSC 11-01307, Contra Costa County Superior Court;

5. The parties are in the process of negotiating a stipulation to dismiss this action without prejudice due to the pending state court litigation, or alternatively a stipulation to stay this action until the state case is concluded; and

6. The parties desire to further extend the deadline for Defendants' to answer or otherwise respond to Plaintiff's Second Amended Complaint for an additional thirty (30) days to allow time for further negotiations.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of May 2012 in Oakland, California.

By: /s/ Kenton L. Alm
KENTON L. ALM
Attorney for Defendant
CENTRAL CONTRA COSTA SANITARY DISTRICT

IT IS HEREBY STIPULATED pursuant to Local Rule 6-1(b) and 6-2(a) by Plaintiff and Defendants, by and through their undersigned counsel, that the time within which Defendants are to answer or otherwise respond to Plaintiff's Second Amended Complaint is extended to and including June 25, 2012.

| | | |
|---|---|---|
| 1 | Dated: May 22, 2012 | **ROGERS JOSEPH O'DONNELL** |
| 2 | | |
| 3 | | By: /s/ Robert C. Goodman<br>ROBERT C. GOODMAN |
| 4 | | Attorney for Defendant<br>CHEVRON U.S.A. INC. |
| 5 | | |
| 6 | Dated: May 22, 2012 | **STANZLER LAW GROUP** |
| 7 | | |
| 8 | | By: /s/ Jordan S. Stanzler<br>JORDAN S. STANZLER |
| 9 | | |
| 10 | | Attorney for Plaintiff<br>GREGORY VILLAGE PARTNERS, L.P. |
| 11 | Dated: May 22, 2012 | **SHAPIRO BUCHMAN PROVINE BROTHERS SMITH LLP** |
| 12 | | |
| 13 | | By: /s/ Jack C. Provine<br>JACK C. PROVINE |
| 14 | | Attorney for Defendant |
| 15 | | M.B. ENTERPRISES, INC. |

I attest that concurrence in the filing of this document has been obtained from Jordan S. Stanzler for Plaintiff, Jack C. Provine for Defendant MB Enterprises, Inc., and Robert C. Goodman for Defendant Chevron U.S.A. Inc..

| | | |
|---|---|---|
| 20 | Dated: May 22, 2012 | **MEYERS, NAVE, RIBACK, SILVER & WILSON** |
| 21 | | |
| 22 | | By: /s/ Kenton L. Alm<br>KENTON L. ALM |
| 23 | | Attorney for Defendant<br>CENTRAL CONTRA COSTA SANITARY |
| 24 | | DISTRICT |

Page 3

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME WITHIN WHICH DEFEDANTS ARE TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT; DECL OF K. ALM ISO
CASE NO: C 11-1597 PJH

317841.1

Case 4:11-cv-01597-PJH   Document 69   Filed 05/22/12   Page 4 of 4

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: May 22, 2010        By: _____
                              U.S. District Judge

1889418.2

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME WITHIN WHICH DEFEDANTS ARE TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT; DECL OF K. ALM ISO
CASE NO: C 11-1597 PJH

317841.1