UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY VILLAGE PARTNERS, L.P.,

    Plaintiff,

    v.

CHEVRON U.S.A., INC., et al.,

    Defendants.
_____/

No. C 11-1597 PJH

**NOTICE OF ERRATA**

PLEASE TAKE NOTICE that page 17, lines 8-9 of the March 12, 2012 Order, is hereby amended to delete "[t]he District's motion to dismiss the CERCLA claim as to "owner/operator" liability is GRANTED, without leave to amend" and to add "[t]he District's motion to dismiss the CERCLA claim as to "arranger" liability and "transporter" liability is GRANTED, without leave to amend."

**IT IS SO ORDERED.**

Dated: June 20, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge