Jordan S. Stanzler (SBN 054620)
Jeffrey M. Curtiss (SBN 239199)
STANZLER LAW GROUP
2275 East Bayshore Road
Palo Alto, CA 94303
Telephone: (650) 739-0200
Facsimile: (650) 739-0916

Attorneys for Plaintiff
GREGORY VILLAGE PARTNERS, L.P.

# UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY VILLAGE PARTNERS, L.P., | Case No. **3:11-cv-01597-PJH** |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE AND TOLLING STATUTES OF LIMITATIONS** |
| CHEVRON USA, INC., M.B. ENTERPRISES, and CENTRAL CONTRA COSTA SANITARY DISTRICT, | |
| Defendants. | Judge: Honorable Phyllis J. Hamilton |
| | Complaint filed: April 1, 2011 |

This **Agreement** is entered into on this 25 day of June, 2012, by and between, GREGORY VILLAGE PARTNERS, L.P. ("Plaintiff"), on the one hand, and CHEVRON U.S.A. INC. ("Chevron"), MB ENTERPRISES, INC. ("MB"), and the CENTRAL CONTRA COSTA COUNTY SANITARY DISTRICT ("District"), on the other hand, (collectively, "the Parties").

## RECITALS

**WHEREAS**, GREGORY VILLAGE PARTNERS, L.P. has filed a lawsuit entitled *GREGORY VILLAGE PARTNERS, L.P. v. CHEVRON U.S.A., INC., MB ENTERPRISES, INC. and CENTRAL CONTRA COSTA SANITARY DISTRICT,* Case No. 3:11- CV -01597 -PJH in the

- 1 -
STIPULATION AND [PROPOSED] ORDER
CASE NO: C 11-1597 PJH

317297.3

United States District Court for the Northern District of California, hereafter referred to as "this Lawsuit"; and

**WHEREAS**, on June 20, 2012, the Court issued a Notice of Errata, and Stipulation and Order, which corrected a clerical error in its March 12, 2012 Order, and which now accurately reflects that the Court dismissed Plaintiff's CERCLA claims against the District based on arranger and transporter liability; and

**WHEREAS**, the Court dismissed the following claims in this Lawsuit with prejudice: Plaintiff's CERCLA claims against the District based on arranger and transporter liability ; Plaintiff's trespass claims against the District, Chevron and MB; Plaintiff's equitable indemnity claim against Chevron; Plaintiff's claim for attorneys' fees under California Code of Civil Procedure § 1021.5 against Chevron and MB; and Plaintiff's waste claim against the District (collectively, "Dismissed Claims").

**WHEREAS**, the Parties are engaged in litigation in the following case, which raises many of the same issues raised herein: *Ryan Schaeffer et al v. Gregory Village Partners, L.P., et al*, Case No. MSC 11-01307, Contra Costa County Superior Court; and

**WHEREAS**, the Parties desire to reduce duplicative efforts in two different courts at the same time; and

**WHEREAS**, the Parties also seek to prevent the relitigation of the Dismissed Claims if Plaintiff refiles this Lawsuit at a later time.

### AGREEMENT

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties agree as follows:

1. The Parties agree that this Lawsuit may be dismissed without prejudice at this time, each party to bear its own court costs and attorneys' fees.

2. The Parties agree that if Plaintiff files a new complaint in federal court, against any of the defendants, asserting any of the causes of action or claims for relief alleged in the present action, the Parties in the new action agree to re-instate the pleadings in the present action, and the rulings of the Court in the present action, with the same force and effect as though the pleadings and rulings in the present action had been made in the new action; provided, however, that none of the Parties in the new action will be foreclosed or prevented from asserting new causes of action, new claims for relief, new factual allegations, or new legal arguments based on new law that were not previously made in the present action. Plaintiff further agrees that should it refile this action at a later time, it will file a notice with the Court stating in substance, that the new action is related to this Lawsuit and that the Parties stipulate that any new action be assigned to the Hon. Phyllis J. Hamilton.

3. The Parties agree to toll the running of any time limitation, statute of limitations, statute of ultimate repose, laches or other limitations period that the parties may have asserted or could have asserted in this Lawsuit, from the date of filing of this Lawsuit until April 1, 2015; provided, however, than any Party may terminate the tolling period on thirty (30) days written notice to all other Parties.

4. Chevron, MB and the District waive their rights under Federal Rule of Civil Procedure to 41(d) to seek recovery of any court costs or attorneys' fees incurred in this Lawsuit if Plaintiff files a subsequent lawsuit based on or including the same or similar claims against defendants as are set forth in this Lawsuit.

5. Plaintiff shall cause this Lawsuit to be dismissed, without prejudice, within 14 days after the execution of this Agreement by the last party to execute it.

6. Nothing in this Agreement shall be treated as an admission of liability by any party to this Agreement, or as an admission by any party as to the date on which the statute of

1 | limitations for any potential causes of action accrues or ends in the absence of tolling.

7. Nothing in this Agreement shall affect or limit the Parties' rights to appeal any prior order of the Court in This Lawsuit.

8. This Agreement shall be governed by, construed under, and enforced pursuant to the laws of the State of California.

**WHEREFORE**, the Parties hereto hereby execute this Agreement.

Dated: June 25, 2012

**ROGERS JOSEPH O'DONNELL**

By: _____
ROBERT C. GOODMAN
Attorneys for Defendant
CHEVRON U.S.A. INC.

Dated: June 25, 2012

**MEYERS, NAVE, RIBACK, SILVER & WILSON**

By: _____
KENTON L. ALM
Attorney for Defendant
CENTRAL CONTRA COSTA
SANITARY DISTRICT

Dated: June 25, 2012

**SHAPIRO BUCHMAN PROVINE BROTHERS SMITH LLP**

By: _____
JACK C. PROVINE
Attorney for Defendant
M.B. ENTERPRISES, INC.

Dated: June 25, 2012

**STANZLER LAW GROUP**

By: _____
JORDAN S. STANZLER
Attorney for Plaintiff
GREGORY VILLAGE PARTNERS, L.P.

- 4 -

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 6/25/12    By: _____
U.S. District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

1921106.1

STIPULATION AND [PROPOSED] ORDER
CASE NO: C 11-1597 PJH